UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )  3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kellie Garrett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12072-DRH |
| *Joy A. Gishbaugher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12763-DRH |
| *Susan A. O'Donnell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12726-DRH |
| *Mary Patchin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10584-DRH |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 9, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.03.10
10:39:38 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT